## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | **Chapter 13** |
| **Michael J. Petruska** | : | |
| **Debtor** | : | **Bankruptcy Case No.:  13-18741** |

### CERTIFICATE OF NO RESPONSE

I, Everett Cook, Esquire, counsel for the Debtor, hereby certify that on April 13, 2015 a MOTION TO MODIFY PLAN POST-CONFIRMATION  was served upon those creditors and parties in interest listed on the attached Label Matrix for local noticing and the following.

**JEROME B. BLANK**
Phelan Hallinan & Schmieg LLP
1617 JFK Boulevard
Philadelphia, PA 19103


**JENIECE D. DAVIS**
Martha E. Von Rosenstiel, PC
649 South Avenue
Secane, PA 19018


**JOSHUA ISAAC GOLDMAN**
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106


The above-named have failed to file on or before November 8, 2016 (21 Days from date of filing), any Answer, Objection or other responsive pleading.


Dated: November 9, 2016

Signed:/s/ Everett Cook
By: Everett Cook, Esq.
The Law Offices of Everett Cook, P.C.
2309 Macarthur Road
Whitehall, PA, 18052
610.351.3566
610.351.3556 FAX

Label Matrix for local noticing
0313-4
Case 13-18741-ref
Eastern District of Pennsylvania
Reading
Thu Oct 13 16:11:42 EDT 2016

Reading
400 Washington Street
Suite 300
Reading, PA 19601-3951

Advanta Bank Corporation
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Asset Acceptance LLC
P O Box 2036
Warren, MI 48090-2036

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

Citifinancial Retail S
P O Box 499
Hanover, MD 21076-0499

Federal National Mortgage Association
creditor c/o Seterus, Inc.
PO Box 1047 Hartford, CT 06143-1047

Mrs Associates/Ecast Settlement Corp
1930 Olney Ave
Cherry Hill, NJ 08003-2016

Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
1661 Worthington Road
Suite 100
West Palm Beach, FL 33409-6493

Federal National Mortgage Association
c/o Rosicki, Rosicki & Associates, P.C.
51 E. Bethpage Road
Plainview, NY 11803-4224

CitiBank, NA
P O Box 6042
Sioux Falls, SD 57117-6042

American Express Centurion Bank
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Asset Acceptance Llc/Citibank AT&T
Po Box 1630
Warren, MI 48090-1630

Beneficial/Hfc
P O Box 3425
Buffalo, NY 14240-3425

Citi
P O Box 6241
Soux Falls, SD 57117-6241

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH  43054-3025

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Ocwen Loan Servicing L
3451 Hammond Ave
Waterloo, IA 50702-5345

Ocwen Loan Servicing, LLC
c/o Jerome Blank, Esq.
1617 JFK Boulevard Ste 1400
One Penn Center Plaza
Philadelphia, PA 19103-1823

GE Capital Retail Bank
c/o Recovery Management Systems Corporat
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Advanta Bank Corp
Po Box 31032
Tampa, FL 33631-3032

Amex
Po Box 297871
Fort Lauderdale, FL 33329-7871

Bank Of America
P O Box 1598
Norfolk, VA 23501-1598

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

(p)CITIFINANCIAL
BANKRUPTCY FORECLOSURE UNIT
1000 TECHNOLOGY DRIVE
OFALLON MO 63368-2239

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850-5316

Midland Credit Mgmt
8875 Aero Dr.
San Diego, CA 92123-2255

Ocwen Loan Servicing LLC
P O Box 780
Waterloo, IA 50704-0780

PNC BANK
PO BOX 94982
CLEVELAND, OHIO 44101-4982

Pncbank
2730 Liberty Ave
Pittsburgh, PA 15222-4747

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Sears/cbna
Po Box 6189
Sioux Falls, SD 57117-6189

Shapiro & DeNardo, LLC
3600 Horizon Drive Ste 150
King Of Prussia, PA 19406-4702

Stuart Allan & Assoc/Nat Ins Agency Inc
5447 E 5th St Ste 110
Tucson, AZ 85711-2345

Summit Collection Svcs
50 N. Franklin Tpke
Ho Ho Kus, NJ 07423-1562

The Law Offices of Everett Cook, P.C.
2747 Macarthur Road
Whitehall, PA 18052-3632

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107-4405

VNB Loan Services, Inc.
747 Chestnut Ridge Road
Suite 201
Chestnut Ridge, NY 10977-6225

Vnb-lsi
100 Red Schoolhouse Rd
Chestnut Ridge, NY 10977-7049

eCAST Settlement Corporation, assignee
of CitiFinancial, Inc.
POB 29262
New York, NY 10087-9262

eCAST Settlement Corporation, assignee
of Citibank (South Dakota), N.A.
POB 29262
New York, NY 10087-9262

FREDERICK L. REIGLE
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606-0410

JOHN EVERETT COOK
The Law Offices of Everett Cook, P.C.
2309 MacArthur Road
Whitehall, PA 18052-4523

Michael J. Petruska
4603 Magellan Drive
Walnutport, PA 18088-9373

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank Of America
Po Box 982235
El Paso, TX 79998

Cap One
Po Box 85520
Richmond, VA 23285

Citifinancial
300 Saint Paul Pl
Baltimore, MD 21202

Jefferson Capital Systems LLC
PO BOX 7999
SAINT CLOUD MN 56302-9617

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)OCWEN LOAN SERVICING, LLC

(du)Ocwen Loan Servicing, LLC

(u)Seterus, Inc. as the authorized subservice

End of Label Matrix
Mailable recipients    44
Bypassed recipients     3
Total                  47