UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :    Chapter 13
   Michael J. Petruska              :
      Debtor                        :    Bankruptcy Case No.: 13-18741

## ORDER

AND NOW, after notice and hearing on Debtor's Motion to Modify Plan Post Confirmation, the following is Ordered and Decreed:

1. The Modified Post Confirmation Chapter 13 Plan dated October 18, 2016, is confirmed.

**Date: November 10, 2016**

SO ORDERED
BY THE COURT:

_____
J.