United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 13-18741-ref
Michael J. Petruska                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4            User: dlv                Page 1 of 1              Date Rcvd: Nov 10, 2016
                                Form ID: pdf900          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 12, 2016.
db         +Michael J. Petruska,    4603 Magellan Drive,    Walnutport, PA 18088-9373
cr         +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
             51 E. Bethpage Road,    Plainview, NY 11803-4224

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2016 01:45:46      GE Capital Retail Bank,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
             Miami, FL   33131-1605
                                                                                              TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2016                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 10, 2016 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JENIECE D. DAVIS    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc
               Jeniece@MVRLAW.COM, bonnie@mvrlaw.com
              JEROME B. BLANK    on behalf of Creditor    Ocwen Loan Servicing, LLC paeb@fedphe.com
              JOHN EVERETT COOK    on behalf of Debtor Michael J. Petruska bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | Chapter 13 |
| Michael J. Petruska | : | |
| Debtor | : | Bankruptcy Case No.: 13-18741 |

## ORDER

AND NOW, after notice and hearing on Debtor's Motion to Modify Plan Post Confirmation, the following is Ordered and Decreed:

1. The Modified Post Confirmation Chapter 13 Plan dated October 18, 2016, is confirmed.

SO ORDERED
BY THE COURT:

Date: November 10, 2016

_____
J.