IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RE: MICHAEL J. PETRUSKA A/K/A MICHAEL JOHN PETRUSKA A/K/A MICHAEL PETRUSKA | : | BKY NO. 13-18741 |
| DEBTOR(S) | : | CHAPTER 13 |
| SETERUS, INC. AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR C/O SETERUS, INC | : | |
| MOVANT | | |
| MICHAEL J. PETRUSKA A/K/A MICHAEL JOHN PETRUSKA A/K/A MICHAEL PETRUSKA | | |
| FREDERICK L. REIGLE, ESQUIRE | | |
| RESPONDENTS | | |

## ORDER MODIFYING STAY

The Court having reviewed the Stipulation of **May 31, 2016** in the above matter, and having received a certification from the Law Offices of Martha E. Von Rosenstiel, Esquire, attorney for the movant, stating that the debtor Michael J. Petruska a/k/a Michael John Petruska a/k/a Michael Petruska has failed to perform under the terms of the court approved Stipulation, and a ten (10) day notice of default having been given,

**IT IS ORDERED** that the automatic stay under Section 362 of the Bankruptcy Code is modified as to the premises 4603 Magellan Drive Walnutport 18088. That Movant may take such actions with respect to the real property as are set forth under applicable non-bankruptcy law. ~~That upon entry of an Order Granting Relief Movant will no longer be required to file and serve the Notice of Payment Change and or Notices of Post-Petition Fees, Expenses and Charges as required by FRBP 3002.1(b) and FRBP 3002.1(c). The relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code. The relief granted by this order shall~~

~~be effective immediately and shall not be subject to~~ the fourteen (14) day period set forth in ~~Bankruptcy Rule 4001(a)(3).~~

2/27/17

_____
UNITED STATES BANKRUPTCY JUDGE

Our File: 38666
Copies to:

Martha E. Von Rosenstiel, P.C.
649 South Avenue
Secane PA 19018

John Everett Cook
2747 MacArthur Road
Whitehall, PA 18052

Frederick L. Reigle, Esquire
P.O. Box 4010
Reading, PA 19606

Michael J. Petruska a/k/a Michael John Petruska a/k/a Michael Petruska
4603 Magellan Drive
Walnutport, PA 18088