United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 13-18741-ref
Michael J. Petruska                                             Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: dlv              Page 1 of 1         Date Rcvd: Feb 27, 2017
                              Form ID: pdf900        Total Noticed: 10
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2017.
```
db             +Michael J. Petruska,    4603 Magellan Drive,    Walnutport, PA 18088-9373
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
                 51 E. Bethpage Road,    Plainview, NY 11803-4224
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: robertsl2@dnb.com Feb 28 2017 02:04:52      Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 28 2017 02:04:34
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 28 2017 02:04:57      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2017 02:03:16      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
                                                                                              TOTAL: 4
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2017                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2017 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JENIECE D. DAVIS    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc
               Jeniece@MVRLAW.COM, bonnie@mvrlaw.com
              JEROME B. BLANK    on behalf of Creditor    Ocwen Loan Servicing, LLC paeb@fedphe.com
              JOHN EVERETT COOK    on behalf of Debtor Michael J. Petruska bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    OCWEN LOAN SERVICING, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 9
```

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

RE: MICHAEL J. PETRUSKA A/K/A
MICHAEL JOHN PETRUSKA A/K/A        : BKY NO. 13-18741
MICHAEL PETRUSKA                   :
            DEBTOR(S)              : CHAPTER 13
SETERUS, INC. AS THE AUTHORIZED    :
SUBSERVICER FOR FEDERAL            :
NATIONAL MORTGAGE ASSOCIATION
("FANNIE MAE"), CREDITOR C/O
SETERUS, INC
            MOVANT
MICHAEL J. PETRUSKA A/K/A MICHAEL
JOHN PETRUSKA A/K/A MICHAEL
PETRUSKA
FREDERICK L. REIGLE, ESQUIRE
            RESPONDENTS

## ORDER MODIFYING STAY

The Court having reviewed the Stipulation of **May 31, 2016** in the above matter, and having received a certification from the Law Offices of Martha E. Von Rosenstiel, Esquire, attorney for the movant, stating that the debtor Michael J. Petruska a/k/a Michael John Petruska a/k/a Michael Petruska has failed to perform under the terms of the court approved Stipulation, and a ten (10) day notice of default having been given,

**IT IS ORDERED** that the automatic stay under Section 362 of the Bankruptcy Code is modified as to the premises 4603 Magellan Drive Walnutport 18088. That Movant may take such actions with respect to the real property as are set forth under applicable non-bankruptcy law. That upon entry of an Order Granting Relief Movant will no longer be required to file and serve the Notice of Payment Change and or Notices of Post-Petition Fees, Expenses and Charges as required by FRBP 3002.1(b) and FRBP 3002.1(c). The relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code. The relief granted by this order shall

~~be effective immediately and shall not be subject to the fourteen (14) day period set forth in Bankruptcy Rule 4001(a)(3).~~

2/27/17

_____
UNITED STATES BANKRUPTCY JUDGE

Our File: 38666
Copies to:

Martha E. Von Rosenstiel, P.C.
649 South Avenue
Secane PA 19018

John Everett Cook
2747 MacArthur Road
Whitehall, PA 18052

Frederick L. Reigle, Esquire
P.O. Box 4010
Reading, PA 19606

Michael J. Petruska a/k/a Michael John Petruska a/k/a Michael Petruska
4603 Magellan Drive
Walnutport, PA 18088