United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 13-18741-ref
Michael J. Petruska                                                      Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: dlv              Page 1 of 2              Date Rcvd: Apr 06, 2017
                             Form ID: pdf900        Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 08, 2017.
db         +Michael J. Petruska,    4603 Magellan Drive,    Walnutport, PA 18088-9373
smg        +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
             Allentown, PA 18101-1603
smg         City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg        +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg        +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr         +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
             51 E. Bethpage Road,    Plainview, NY 11803-4224
13243928    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13162790   +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
13162793  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
           (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX  79998)
13162795   +Beneficial/Hfc,    P O Box 3425,    Buffalo, NY 14240-3425
13162796  ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
           (address filed with court: Cap One,    Po Box 85520,    Richmond, VA  23285)
13162798  ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
           (address filed with court: Citifinancial,    300 Saint Paul Pl,    Baltimore, MD  21202)
13208789    Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13162797   +Citi,   P O Box 6241,    Soux Falls, SD 57117-6241
13229582    CitiBank, NA,    P O Box 6042,    Sioux Falls, SD 57117-6042
13162799   +Citifinancial Retail S,    P O Box 499,    Hanover, MD 21076-0499
13607948    Federal National Mortgage Association,    creditor c/o Seterus, Inc.,
             PO Box 1047 Hartford, CT 06143-1047
13162802   +Mrs Associates/Ecast Settlement Corp,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
13162803   +Ocwen Loan Servicing L,    3451 Hammond Ave,    Waterloo, IA 50702-5345
13162804   +Ocwen Loan Servicing LLC,    P O Box 780,    Waterloo, IA 50704-0780
13755228   +Ocwen Loan Servicing, LLC,    c/o Jerome Blank, Esq.,    1617 JFK Boulevard Ste 1400,
             One Penn Center Plaza,    Philadelphia, PA 19103-1823
13367017   +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13162805   +Pncbank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
13162806   +Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
13162807   +Shapiro & DeNardo, LLC,    3600 Horizon Drive Ste 150,    King Of Prussia, PA 19406-4702
13162808   +Stuart Allan & Assoc/Nat Ins Agency Inc,    5447 E 5th St Ste 110,    Tucson, AZ 85711-2345
13162809   +Summit Collection Svcs,    50 N. Franklin Tpke,    Ho Ho Kus, NJ 07423-1562
13169808   +VNB Loan Services, Inc.,    747 Chestnut Ridge Road,    Suite 201,
             Chestnut Ridge, NY 10977-6225
13162810   +Vnb-lsi,    100 Red Schoolhouse Rd,    Chestnut Ridge, NY 10977-7049
13175672    eCAST Settlement Corporation, assignee,    of CitiFinancial, Inc.,    POB 29262,
             New York, NY 10087-9262
13175673    eCAST Settlement Corporation, assignee,    of Citibank (South Dakota), N.A.,    POB 29262,
             New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg        +E-mail/Text: robertsl2@dnb.com Apr 07 2017 01:39:51      Dun & Bradstreet, INC,
             3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 07 2017 01:39:30       Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 07 2017 01:39:56      U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          E-mail/PDF: gecsedi@recoverycorp.com Apr 07 2017 01:30:45      GE Capital Retail Bank,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
13162789   +E-mail/Text: bkr@cardworks.com Apr 07 2017 01:39:14      Advanta Bank Corp,    Po Box 31032,
             Tampa, FL 33631-3032
13256094    E-mail/Text: bkr@cardworks.com Apr 07 2017 01:39:14      Advanta Bank Corporation,
             Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13162791   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 07 2017 01:39:44      Asset Acceptance LLC,
             P O Box 2036,    Warren, MI 48090-2036
13162792   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 07 2017 01:39:44
             Asset Acceptance Llc/Citibank AT&T,    Po Box 1630,    Warren, MI 48090-1630
13169421    E-mail/Text: mrdiscen@discover.com Apr 07 2017 01:39:16      Discover Bank,
             DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13162800   +E-mail/Text: mrdiscen@discover.com Apr 07 2017 01:39:16      Discover Fin Svcs Llc,
             Po Box 15316,    Wilmington, DE 19850-5316
13173522    E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 07 2017 01:39:51      Jefferson Capital Systems LLC,
             PO BOX 7999,    SAINT CLOUD MN 56302-9617
13162801   +E-mail/Text: bankruptcydpt@mcmcg.com Apr 07 2017 01:39:45      Midland Credit Mgmt,
             8875 Aero Dr.,    San Diego, CA 92123-2255
13265418   +Fax: 407-737-5634 Apr 07 2017 01:37:23     Ocwen Loan Servicing, LLC,
             Attn: Bankruptcy Department,    1661 Worthington Road,    Suite 100,
             West Palm Beach, FL 33409-6493

```
District/off: 0313-4          User: dlv                   Page 2 of 2                   Date Rcvd: Apr 06, 2017
                              Form ID: pdf900             Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13172620        E-mail/PDF: rmscedi@recoverycorp.com Apr 07 2017 01:30:40
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                               TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13162794      ##+Bank Of America,    P O Box 1598,    Norfolk, VA 23501-1598
13362314      ##+The Law Offices of Everett Cook, P.C.,    2747 Macarthur Road,    Whitehall, PA 18052-3632
                                                                                              TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 6, 2017 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JENIECE D. DAVIS    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc
               Jeniece@MVRLAW.COM,   bonnie@mvrlaw.com
              JEROME B. BLANK    on behalf of Creditor    Ocwen Loan Servicing, LLC paeb@fedphe.com
              JOHN EVERETT COOK    on behalf of Debtor Michael J. Petruska bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    OCWEN LOAN SERVICING, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    :

MICHAEL J. PETRUSKA
                                                          : Bankruptcy No. 13-18741REF
         Debtor(s)                                        : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                                          BY THE COURT

**Date: April 6, 2017**

                                                          _____
                                                          Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

JOHN EVERETT COOK ESQ
2309 MACARTHUR ROAD
WHITEHALL PA 18052-

MICHAEL J. PETRUSKA
4603 MAGELLAN DRIVE
WALNUTPORT,PA.18088-